**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**DEBORAH L. BOARDMAN**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7810**<br>**Fax: (410) 962-2577**<br>**MDD_DLBChambers@mdd.uscourts.gov** |

October 12, 2022

**LETTER ORDER**

RE:   *Henry v. CBAC Borrower, LLC*
　　　DLB-21-2414

Dear Mr. Henry and Counsel:

　　This letter follows an on-the-record October 7, 2022, call regarding CBAC Borrower, LLC's motion to dismiss the complaint, ECF 5, and motion to dismiss and strike the amended complaint, ECF 16. The Court issued a notice scheduling the call to discuss the pending motions and whether the Court has subject matter jurisdiction over the complaint. ECF 17. The notice was mailed by certified mail to Mr. Henry. *Id.* Mr. Henry did not appear for the call. For the reasons stated on the record, Mr. Henry's complaint is dismissed without prejudice for failure to adequately plead subject matter jurisdiction. The unopposed motion to dismiss and strike the amended complaint is granted. The Clerk shall mail Mr. Henry a copy of this letter and shall close the case.

　　Although informal, this letter is an Order of the Court and shall be docketed as such.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　Deborah L. Boardman
　　　　　　　　　　　　　　　　　　　United States District Judge